IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| PLAINTIFF, | § § § | |
| vs. | § § | |
| BRIAN A. BJORK, THE ESTATE OF JOEL DAVID SALINAS, J. DAVID GROUP OF COMPANIES, INC., J. DAVID FINANCIAL GROUP LP, SELECT ASSET MANAGEMENT LLC, SELECT ASSET CAPITAL MANAGEMENT LLC, SELECT ASSET FUND I, LLC, AND SELECT ASSET PRIME INDEX FUND, LLC. | § § § § § § § § § § § | CIVIL ACTION NO. 4:11 CV - 02830 |
| DEFENDANTS. | § § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Select Asset Fund I, LLC ("Fund I"), Receiver Steven A. Harr (the "Receiver"), and E. Miles Prentice ("Prentice"), have advised the Court that they have settled Fund I's claims against Prentice and that all of Fund I's claims against Prentice should be dismissed with prejudice to the re-filing of same.

It is therefore ordered that all of Fund I's claims against Prentice are dismissed with prejudice to the re-filing of same.

All costs are taxed against each party incurring same.

SIGNED this 10th day of December, 2012.

_____
U.S. DISTRICT JUDGE